In the Matter of ZOE K. AMES et al., Appellants and Respondents, *v.* GODCHAUX SUGARS, INC., Respondent and Appellant. (67 other applications.)

(Argued May 20, 1931; decided June 9, 1931.)

*Arthur B. Brenner* and *Alexander B. Siegel* for petitioners, appellants and respondents.

*Manfred W. Ehrich* and *Benjamin M. Robinson* for Godchaux Sugars, Inc., respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.